OPINION — AG — **** TAX COMMISSION — AUTHORITY TO HIRE EXPERTS **** TITLE 68 O.S. 1971 104 [68-104] AND 74 O.S. 1971 285 [74-285](44), WHEN VIEWED IN THE CONTEXT OF 68 O.S. 1971 1001 [68-1001] AND 68 O.S. 1971 2455 [68-2455], GIVES TO THE OKLAHOMA TAX COMMISSION AUTHORITY TO HIRE EXPERTS FOR THE PURPOSE OF MAKING STUDIES AND TESTIFYING BEFORE THE STATE BOARD OF EQUALIZATION. CITE: 68 O.S. 1971 2455 [68-2455], 74 O.S. 1971 285 [74-285](44), 68 O.S. 1971 104 [68-104] (PAUL C. DUNCAN)